UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-06456-CJC(PJWx) | Date | October 29, 2013 |
|---|---|---|---|
| Title | John Urbino v. Orkin Services of California, Inc., et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER REMANDING CASE TO STATE COURT

     Pursuant to the Ninth Circuit judgment entered August 13, 2013, this matter is remanded to state court for resolution.

                      :  0

Initials of Preparer   mu